> The deadline for Defendant to answer, move or otherwise respond to the Complaint is EXTENDED to **July 10, 2024**. The deadline for the joint letter regarding settlement, *see* ECF No. 5, is also EXTENDED to **July 10, 2024**.
>
> The Clerk of Court is directed to terminate ECF No. 12.
>
> Dated: June 20, 2024
> New York, New York
>
> SO ORDERED.
>
> */s/ Jessica Clarke*
>
> JESSICA G. L. CLARKE
> United States District Judge

# EPSTEIN BECKER GREEN
Attorneys at Law

Shira M. Blank
t  212.351.4694
f  212.878.8600
sblank@ebglaw.com

June 17, 2024

**VIA ECF**
Hon. Jessica G. L. Clarke U.S.D.J.
Daniel Patrick Moynihan, United States District Court
500 Pearl St.
New York, NY 10007

**MEMO ENDORSED**

      **Re:   Andrew Toro v. Fresh Direct, LLC**
            **Case No.: 1:24-cv-02256 (JGLC)**

Dear Judge Clarke:

      This Firm represents defendant, Fresh Direct, LLC ("Fresh Direct") in the above-captioned matter. Pursuant to Your Honor's Individual Practices (2)(e), we write, with Plaintiff's consent, to respectfully request that Fresh Direct's time to answer, move or otherwise respond to the Complaint, which is currently due June 19, 2024, be extended by three weeks, up to and including July 10, 2024 (with any related deadlines extended accordingly). Fresh Direct concurrently requests that the parties' deadline to file the joint letter regarding settlement (*see* Dkt Nos. 5, 10), which is also currently due June 19, 2024, be similarly extended to July 10, 2024.

      The parties have engaged in negotiations to explore a potential amicable resolution of this matter, and are hopeful that the additional three weeks will allow them to complete those negotiations without further litigation or any judicial intervention.

      This is Fresh Direct's second request for an extension of time to respond to the Complaint and the parties' first request to extend the deadline to file the joint letter informing the Court whether the parties have settled (Dkt. Nos. 5, 10). The requested extensions will not impact any other scheduled dates.

      We thank the Court for its consideration of these requests.

      Respectfully submitted,

      */s/ Shira M. Blank*
      Shira M. Blank

cc:   Counsel of Record (via ECF)